**Exhibit A to the Complaint**

**Location:** Folsom, CA   **IP Address:** 98.41.17.42
**Total Works Infringed:** 26   **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A39A15D101D5236C548A38DD339ADE65C25C9570 | 09/25/2025 07:01:45 | Milfy | 09/03/2025 | 09/16/2025 | PA0002551066 |
| 2 | ED2D7496B8D9953BD80335734887290695981F85 | 09/25/2025 06:55:54 | Tushy | 09/21/2025 | 09/24/2025 | PA0002552392 |
| 3 | dc9a44e701f14a29cabb6be448c089a517cd9b4d | 09/25/2025 06:39:08 | Vixen | 09/19/2025 | 09/24/2025 | PA0002552393 |
| 4 | ec33b247a633dab9bd0dd0551b9ba0851e197399 | 09/11/2025 06:25:01 | Vixen | 09/09/2025 | 09/16/2025 | PA0002551022 |
| 5 | FBBDA4738F493315D14502CD3270703285B5984F | 09/11/2025 06:18:37 | Tushy | 09/07/2025 | 09/16/2025 | PA0002551071 |
| 6 | ef15747f180f26ba96ca3d439a47275b9df1d26d | 09/02/2025 19:54:25 | Blacked Raw | 08/29/2025 | 09/16/2025 | PA0002551005 |
| 7 | D15AEB95031E9D45C2DA47CF5EF42D9CEA63CFBB | 09/02/2025 19:22:21 | TushyRaw | 08/31/2025 | 09/16/2025 | PA0002551070 |
| 8 | 69F277CAB64C921E843D62EDF6E1B24264A6E1DB | 09/02/2025 19:21:30 | Vixen | 08/30/2025 | 09/16/2025 | PA0002550961 |
| 9 | 28DB383B619607700BC5528116486C4845625346 | 09/02/2025 18:54:10 | Tushy | 08/31/2025 | 09/16/2025 | PA0002551069 |
| 10 | B5A3A3CE01034E5C8E51B37D43D53E47F792680D | 07/29/2025 06:19:18 | Tushy | 07/13/2025 | 07/22/2025 | PA0002541631 |
| 11 | 8EB4C4180154554676F98ABA528F0EAD55116524 | 07/29/2025 06:17:08 | Tushy | 07/06/2025 | 07/08/2025 | PA0002539168 |
| 12 | 208A48CCB1DA96E7E0D605E5CBCFACE5FE839833 | 07/29/2025 06:06:52 | Tushy | 07/20/2025 | 07/22/2025 | PA0002541682 |
| 13 | 565493673AC9C24F6C70FE667E420978305C008C | 07/29/2025 06:04:05 | Vixen | 07/11/2025 | 07/22/2025 | PA0002541640 |
| 14 | 5E2CB5E803A5FDBC46E4F22E5016E0AF4B5F0A45 | 07/29/2025 05:57:15 | Milfy | 07/02/2025 | 07/08/2025 | PA0002539167 |
| 15 | 92D0905E9797840EB39CBDE8F73A1ED06F36D38A | 07/29/2025 05:21:38 | Milfy | 07/23/2025 | 08/08/2025 | PA0002544281 |
| 16 | 97858AE74CCB9AA5A803A4B4260C07875E60B05C | 07/29/2025 04:59:16 | Vixen | 07/21/2025 | 07/22/2025 | PA0002541642 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | EB6C2096A47ABB73C89DBBE8A4A7B0601FC147A3 | 06/17/2025 19:15:48 | TushyRaw | 06/06/2025 | 06/10/2025 | PA0002534380 |
| 18 | c44771b201930c20df5bc154c51adcc4d82cef9d | 06/17/2025 19:05:41 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 19 | 25bc20a4d518ac9495ec27e90b4458cc2b1c1a7e | 06/17/2025 18:58:02 | Vixen | 06/13/2025 | 06/20/2025 | PA0002536521 |
| 20 | AB6738D53A5601B2EFDF12796EA1BFD4CAA52F3E | 06/17/2025 18:35:54 | TushyRaw | 06/16/2025 | 06/20/2025 | PA0002536512 |
| 21 | 8585c3c58d413a5a4a57e0ef70dce56db298a968 | 06/17/2025 18:31:10 | Tushy | 06/08/2025 | 06/09/2025 | PA0002534203 |
| 22 | 7f56c7e9b5cf1a0dfe0923d807cdf3ffc549d1fd | 06/17/2025 18:29:39 | Tushy | 06/15/2025 | 06/20/2025 | PA0002536524 |
| 23 | 8E30259AC5BF0C78B35D38CAC206E388BA228338 | 05/26/2025 05:10:39 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 24 | 44AA88ABFA1C5182A37B7F90C890FC04EAA4548C | 05/26/2025 04:46:03 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 25 | c6ed7e828e18548415197327f0b6a99b4e62ad75 | 05/26/2025 04:30:57 | Milfy | 05/21/2025 | 06/09/2025 | PA0002534212 |
| 26 | 735C718AA5D4286821E5A499E8428B31DE1E53F5 | 05/26/2025 04:26:48 | Tushy | 05/25/2025 | 06/09/2025 | PA0002534196 |